```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| In re: | Bankruptcy No. 06-12743 (MBK) |
| JERSEY TRACTOR TRAILER TRAINING INC., | Adv. Proc. No. 06-2003 (MBK) |
| Debtor. |  |
| YALE FACTORS NJ LLC, | CIVIL ACTION NO. 07-5853 (MLC) |
| Appellant, |  |
| v. | **O R D E R** |
| WAWEL SAVINGS BANK, et al., |  |
| Appellees. |  |

**THE THIRD CIRCUIT COURT OF APPEALS**, in a judgment, dated September 1, 2009, directing that "this matter is remanded to the District Court for it to remand to the Bankruptcy Court for further proceedings consistent with th[e] Opinion [dated September 1, 2009]" (dkt. entry no. 13, 9-1-09 J.); and the Third Circuit Court of Appeals "vacat[ing] and remand[ing] that part of the District Court's decision that affirms the Bankruptcy Court's holding that Yale [Factors NJ LLC ("Yale")] did not act in good faith and therefore cannot be a holder in due course or a purchaser of instruments", and directing this Court "to remand this matter to the Bankruptcy Court to determine whether Yale qualifies as a holder in due course or a purchaser of instruments, and to resolve the good faith element of that analysis" (dkt. entry no. 14, 9-1-09 Op. at 21); and for good cause appearing;

**IT IS THEREFORE** on this 9th day of October, 2009, **ORDERED** that this matter is **REMANDED** to the United States Bankruptcy Court for further proceedings; and

**IT IS FURTHER ORDERED** that the Clerk of the Court designate the action as **CLOSED.**

                                s/ Mary L. Cooper
                              **MARY L. COOPER**
                              United States District Judge